UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LAERTES MULDROW,<br><br>    Plaintiff,<br><br>  vs.<br><br>BEST BUY INC., a Minnesota Corporation,<br><br>    Defendant. | NO. CV-06-0187-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is Plaintiff's Stipulation of Dismissal (Ct. Rec. 10). Pursuant to the stipulation of the parties, **IT IS HEREBY ORDERED** that the Plaintiff's complaints and the claims therein be and the same are hereby Dismissed with Prejudice, without costs or attorneys fees to any party.

The Clerk of this court shall enter this Order, enter judgment of dismissal with prejudice, forward copies to counsel, and close this file.

**DATED** this 24th day of August 2006.

                        s/ Justin L. Quackenbush
                 JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1